MIE 3  
Revised 07/12

Order of the Court to Dismiss Recall Summons

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

UNITED STATES OF AMERICA

      v.

BRAISON, Willie Lewis              Crim. No.: 25-CR20009-01

On 07/18/2025 the Court authorized a petition and warrant for supervised release violation charge(s).

    The probation department is recommending the following: The violation petition be dismissed with the warrant recalled, the bond condition of participation in a location restriction program to be removed with continued supervision to the original expiration date.

Reviewed and Approved:                          Respectfully submitted,

s/Dion J. Thomas                                s/Alexis S. Thomas  
Dion J. Thomas                                         Alexis S. Thomas  
Supervising United States Probation Officer       United States Probation Officer

## ORDER OF THE COURT

    Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

    Dated this 26th Day of September, 2025.

                                                  s/Matthew F. Leitman  
                                                  Honorable Matthew F. Leitman  
                                                  United States District Judge

cc: U.S. Marshal